**Exhibit A to Consent Judgment**

**Dispatchers**

| Last Name | Total Back Wages |
|---|---|
| Diaz | $3,600 |
| Nichol | $1,800 |
| Leger | $3,600 |
| Pouliot | $3,600 |
| Pitcher | $900 |
| Gambino | $4,200 |
| **Total** | **$17,700** |

**Controllers**

| Last Name | Total Back Wages |
|---|---|
| Bordeleau | $3,600 |
| Tardif | $5,400 |
| Keach | $5,400 |
| Rucinski | $4,350 |
| Paterson | $5,700 |
| **Total** | **$24,450** |

**Total backages: $42,150 ($17,700 + $24,450).**