```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW HAMPSHIRE
```

US Department of Labor, Secretary

       v.                                       Case No. 19-cv-693-LM

Until Service Corporation

## JUDGMENT

In accordance with the Endorsed Order and Final Consent Judgment and Order by Chief Judge Landya B. McCafferty dated December 11, 2024, judgment is hereby entered.

                                                By the Court:

                                                /s/ Daniel J. Lynch
                                                Daniel J. Lynch
                                                Clerk of Court

Date: January 24, 2025

cc:   Counsel of Record